JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDESTAL CAPITAL II, LLC,<br><br>    Defendant. | Case No. CV 21-1528 FMO (PDx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 19th day of April, 2021.

/s/
Fernando M. Olguin
United States District Judge